# UNITED STATES DISTRICT COURT
### for
### NORTHERN DISTRICT OF TEXAS

## Report on Person Under Supervision - Court Decision Requested

Person Under Supervision:  Michael Stewart Clements          Case No.: 2:24-CR-077-Z(01)

Name of Sentencing Judge:  U.S. District Judge David Counts, Western District of Texas, Pecos Division (Jurisdiction transferred to U.S. District Judge Matthew J. Kacsmaryk, Northern District of Texas, Amarillo Division, on November 4, 2024)

Date of Original Sentence:  April 26, 2023

Original Offense:  Transportation of Illegal Aliens, 8 U.S.C. § 1324(a)(1)(A)(ii) and 8 U.S.C. § 1324(B)(ii), a Class D Felony

Original Sentence:  21 months custody, 36-month term of supervised release

Revocations:  None

Type of Supervision:  Supervised Release      Date Supervision Commenced:  July 1, 2024

Assistant U.S. Attorney:  Lance Lawrence Kennedy   Defense Attorney:  Guillermo Lara Jr.
(Court appointed)

## Notification To The Court For Cause As Follows:

### I.

The following information and request is being presented for the Court's review and decision:

To withdraw the petition filed on January 22, 2026.

On January 22, 2026, the Court issued a supervised release violator's warrant based on Michael Stewart Clements' new arrest in Moore County, Texas, for Assault Causes Bodily Injury, in violation of Texas Penal Code § 22.01(a)(1), a Class A Misdemeanor. On June 3, 2026, the U.S. Probation Office in Amarillo, Texas, received an official Motion to Dismiss and Order from the Moore County Court at Law, in Cause No. 33653, which moved the Court to dismiss the pending case on the basis of prosecutorial discretion due to uncooperative witnesses. The Moore County Court dismissed the case on these grounds the same date. Furthermore, on the same date, Assistant U.S. Attorney Anna Marie Bell (AUSA Bell) notified the U.S. Probation Office of her intent to withdraw the Motion to Revoke Supervised Release in this case, since the sole allegation against Mr. Clements was the new arrest and pending case. On June 4, 2026, AUSA Bell filed said Motion, which is currently pending a decision.

### II.

The probation officer recommends the following action for the Court to consider:

It is respectfully requested the Petition for Person Under Supervision filed on January 22, 2026, be withdrawn.

ProRptOffndr12E (2/11/2020)

Michael Stewart Clements
Report on Person Under Supervision - Court Decision Requested

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on June 11, 2026
Respectfully submitted,                          Approved,

_____          _____
Tyson J. Stewart                                 Gema Delgado Reyes
U.S. Probation Officer                           Supervising U.S. Probation Officer
Amarillo division                                Phone:  806-337-1752
Phone:  806-337-1753
Email: tyson_stewart@txnp.uscourts.gov

**Order of the Court:**

☒  Agrees with the recommendation of the probation officer.

The Petition for Person Under Supervision filed on January 22, 2026, is withdrawn.

☐  Disagrees with the recommendation of the probation officer.

☐  Directs the probation officer to submit a request for modifying the conditions or term of supervision.

☐  Directs the probation officer to submit a request for a warrant or summons.

☐  Other or Additional:

☐  File under seal until further order of the Court.

_____
The Honorable Matthew J. Kacsmaryk
U.S. District Judge

_____
Date